## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.....................................................................................................   $     0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...............................................................................................   $     244,353.22

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................   $     244,353.22

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     1,294,135.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     1,110,366.07

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b         $     2,404,501.07

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Capital One | Checking | 6465 | $9,179.52 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $9,179.52

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1.  Icon IPC TX Property Owner Pool 6 Dallas, LLC | $10,346.22 |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $10,346.22

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:            146,550.73      -              0.00   = ....            $146,550.73
                            face amount          doubtful or uncollectible accounts

**12.    Total of Part 3.**                                                              $146,550.73

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** <br> Truck Stock E1 (tools) | | $0.00 | Market Value | $258.00 |
| Truck Stock E2 (tools) | | $0.00 | Market Value | $253.00 |
| Truck Stock E3 (tools) | | $0.00 | Market Value | $212.00 |
| Stock/Internal Inventory | | $0.00 | Cash Basis | $3,866.75 |

**20.    Work in progress**

**21.    Finished goods, including goods held for resale**

**22.    Other inventory or supplies**

**23.    Total of Part 5.**                                                              $4,589.75

Add lines 19 through 22.   Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| Furniture and Fixtures - 2014 | $0.00 | | $43.00 |
| Furniture & Fixtures - 2016 | $0.00 | | $900.00 |
| Art - 2017 | $0.00 | | $100.00 |
| Furniture and Fixtures - 2017 | $0.00 | | $1,600.00 |
| Art - 2023 | $0.00 | | $671.00 |
| Neon Art - 2022 | $0.00 | | $426.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 24" Graphic Plus E Class Plotter - 2022 | $0.00 | | $226.00 |
| New Design Computer - 2022 | $0.00 | | $255.00 |
| MacBook Pro 14.2 - 2022 | $0.00 | | $433.00 |
| Monte's Computer - 2022 | $0.00 | | $1,167.00 |
| 3 Microsoft Surface Laptops - 2022 | $0.00 | | $228.00 |
| Printers - 2022 | $0.00 | | $61.00 |
| Laptop Jazel - 2023 | $0.00 | | $1,764.00 |
| Computer Equipment - 2017 | $0.00 | | $48.00 |

---

| | | |
|---|---|---|
| Computer - 2021 | $0.00 | $164.00 |
| Monitor - 2021 | $0.00 | $51.00 |
| Security Equipment - 2017 | $0.00 | $154.00 |
| Computer Equipment - 2018 | $0.00 | $105.00 |
| Computer Equipment - 2016 | $0.00 | $249.00 |
| Security Equipment - 2017 | $0.00 | $519.00 |
| 3 Apple Computers - 2015 | $0.00 | $437.00 |
| 1 Apple Computer | $0.00 | $146.00 |
| Dell Computer - 2015 | $0.00 | $214.00 |
| Apple Monitor - 2015 | $0.00 | $54.00 |
| Computer Equipment - 2014 | $0.00 | $153.00 |
| Equipment - 2014 | $0.00 | $79.00 |
| Computer Equipment - 2014 | $0.00 | $48.00 |
| Computer Equipment - 2014 | $0.00 | $62.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    $10,357.00
      Add lines 39 through 42.   Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☒ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.   Go to Part 9.
      ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2015 Isuzu NPR HD - VIN<br>#JALC4W160F7002448 | $0.00 | | $14,095.00 |
| 47.2. 2016 Freightliner M2 Light Duty Box Truck<br>- VIN #1FVACWDT3GHHM2317 | Unknown | Market Value | $9,777.00 |
| 47.3. 2019 Ford Transit - VIN<br>#1FTBW3XM8KKB88114 | $13,900.00 | Market Value | $7,859.00 |
| 47.4. 2023 Stallion Stampede Cargo Trailer - VIN<br>#7SWBE1214PM003056 | $0.00 | | $1,764.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Equipment - 2019 | $0.00 | | $267.00 |
| Construction Equipment - 2022 | $0.00 | | $1,800.00 |
| Equipment - 2014 | $0.00 | | $80.00 |
| TIG Welder - 2015 | $0.00 | | $554.00 |
| Forklift - 2015 | $0.00 | | $6,035.00 |
| Construction Equipment | $2,500.00 | Market Value | $2,500.00 |
| Computers and Electronics | $12,435.00 | Market Value | $12,435.00 |
| Art - 2016 | $0.00 | | $73.00 |
| Scissor Lift- 2016 | $0.00 | | $5,708.00 |
| Equipment - 2018 | $0.00 | | $155.00 |
| Equipment - 2017 | $0.00 | | $228.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

51. **Total of Part 8.**

     Add lines 47 through 50.   Copy the total to line 87.

$63,330.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

- ☒ No.   Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☒ No.   Go to Part 11.
- ☐ Yes Fill in the information below.

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.   Go to Part 12.
- ☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Employee Retention Credit claim filed with IRS for tax year 2021 Q1-3. Claim pending - value unknown.      Tax year _____      Unknown

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,179.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,346.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $146,550.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,589.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,357.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $63,330.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $244,353.22 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $244,353.22 |

Debtor name    Monte Martin, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    3:25-bk-34580

☒ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** U.S. Small Business Administration <br> *Creditor's Name* | **Describe debtor's property that is subject to a lien** <br> security interest in and lien upon all of Borrower right, title, and interest in and to all assets, whether now owned or hereafter acquired, including but not limited to accounts receivable, inventory, equipment, general intangibles, and proceeds thereof, as collateral security for the repayment of all obligations under this Agreement. | $1,294,135.00 | $220,051.00 |

Department 1545 Hawkins Blvd. 202
El Paso, TX 79925
*Creditor's mailing address*

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7801

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,294,135.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Small Business Administration <br> 409 3rd Street, SW <br> Washington, DC 20416 | Line   2.1 | |

U.S. Small Business Administration
P.O. BOX 3918      Line   2.1
Portland, OR 97208